■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of RALPH E. KAUS, Petitioner, v ALUMAX EXTRUSIONS, INC., Respondent. — Determination unanimously confirmed and petition dismissed, without costs (see *State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law, § 298.) Present — Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.